UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT

CIVIL ACTION NO. 06-17-KKC

ANTHONY WAYNE WENTWORTH,                                                    PETITIONER

v.                                    **OPINION AND ORDER**

JAMES MORGAN, Warden,                                                       RESPONDENT.

\* \* \* \* \* \* \*

On March 17, 2006 Petitioner Anthony Wayne Wentworth filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a Report and Recommendation [DE #10] on August 29, 2006. Based on a review of the state court record and the applicable case law relevant to federal habeas corpus petitions, the Magistrate Judge concluded that the Petitioner is not entitled to federal habeas corpus relief. Accordingly, the Magistrate Judge recommends that the petition for the writ of habeas corpus [DE #1] be denied and that Respondent's Motion to Dismiss [DE #7] be granted, and that this action be dismissed and stricken from the docket.

This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C).

On November 11, 2006, Petitioner filed objections to the report and recommendation [DE #17]. Petitioner objects to the Magistrate Judge's findings and recommendations based on the argument that he met the standard for relief under 28 U.S.C. § 2254 for an *Alford* plea, the plea was illegal, and the probation revocation was improper. Having considered Petitioner's

objections, which the Court finds to be without merit, and having made a de novo determination, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Having examined the record, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court, being otherwise sufficiently advised, **HEREBY ORDERS** that:

(1) The Report and Recommendation is ADOPTED as the opinion of this Court;

(2) Respondent's Motion to Dismiss [DE #7] is GRANTED;

(3) Petitioner's Petition for a Writ of Habeas Corpus [DE #1] is DENIED; and

(4) judgment will be entered contemporaneously with this opinion and order in favor of Respondent.

This the 14th day of December, 2006.

Signed By:
_Karen K. Caldwell_
United States District Judge